**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1204-VAP (OPx)                    Date:  September 30, 2008

Title:     WELLS FARGO BANK NATIONAL ASSOCIATION -v- KARLA GUIDO, et al.
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                        None Present
    Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                   DEFENDANTS:

    None                                                 None

PROCEEDINGS:   MINUTE ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT, RIVERSIDE COUNTY (IN CHAMBERS)

    Defendant Karla Guido has failed to respond to the Court's Order to Show Cause, entered September 24, 2008.  Finding no grounds for federal jurisdiction in this case, the Court REMANDS the action to the California Superior Court, Riverside County.  Plaintiff's Motion to Remand the Case is now moot; the hearing set on November 3, 2008 at 10:00 a.m. is VACATED.

    **IT IS SO ORDERED.**